## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| HEATHER PLANER INGRAM | CASE NO: | 15-72704-JRS |
| | CHAPTER: | 13 |
| | JUDGE: | JAMES R. SACCA |

### CERTIFICATION OF DEBTOR'S COUNSEL

COMES NOW Clark & Washington, P.C., counsel for the above-named Debtor, and certifies that it has reviewed the claims filed for validity and for proper treatment by the Chapter 13 Trustee and communicated with the Debtor regarding those findings and regarding the necessity of filing claims on behalf of creditors, if any, and has taken actions deemed appropriate by counsel and the Debtor.

Respectfully submitted,
CLARK & WASHINGTON, LLC


By:_s/_____
E. L. Clark
Georgia Bar No: 126750
Attorneys For Debtor

### CERTIFICATE OF SERVICE

I certify that, by agreement of the parties, Nancy Whaley - Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

__s/_____
E. L. Clark

CLARK & WASHINGTON, LLC
3300 Northeast Expressway  Building 3
Atlanta, GA  30341
(404) 522-2222